# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRAD K. ACORD & TAMMY J. ACORD  
5622 ELAINE DRIVE  
ROCKFORD, IL  61108  

SSN-xxx-xx-7617 & xxx-xx-6499

Case Number: 08-70184

Case filed on: 1/24/2008  
Plan Confirmed on: 4/4/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,216.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 2,035.14 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,035.14 | 0.00 |
| 008 | WEST ASSET MANAGEMENT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FFPM CARMEL HOLDINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | BRIAN LARKIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | DAVID COHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | TRANSWORLD SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | WEST ASSET MANAGER INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 4,029.65 | 4,029.65 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 3,226.20 | 3,226.20 | 0.00 | 0.00 |
|  | Total Priority | 7,255.85 | 7,255.85 | 0.00 | 0.00 |
| 999 | BRAD K. ACORD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS FINANCE | 8,923.45 | 8,923.45 | 1,188.21 | 669.27 |
| 046 | TYLER BRADFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 8,923.45 | 8,923.45 | 1,188.21 | 669.27 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 558.36 | 558.36 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 275.75 | 275.75 | 0.00 | 0.00 |
| 004 | JEFFERSON CAPITAL SYSTEMS, LLC | 647.74 | 647.74 | 0.00 | 0.00 |
| 005 | JEFFERSON CAPITAL SYSTEMS, LLC | 567.96 | 567.96 | 0.00 | 0.00 |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC | 806.21 | 806.21 | 0.00 | 0.00 |
| 007 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITIZENS FINANCE | 903.92 | 903.92 | 0.00 | 0.00 |
| 010 | CITY OF ROCKFORD - WATER DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD - PARKING DIVISION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CLERK OF THE CIRCUIT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 408.26 | 408.26 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 447.00 | 447.00 | 0.00 | 0.00 |
| 016 | FHN MEMORIAL HOSPITAL | 186.40 | 186.40 | 0.00 | 0.00 |
| 017 | FINGERHUT DIRECT MARKETING INC/CIT BANK | 417.65 | 417.65 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 505.68 | 505.68 | 0.00 | 0.00 |
| 019 | PREMIER BANKCARD/CHARTER | 406.96 | 406.96 | 0.00 | 0.00 |
| 020 | GALLUZZO FOOT & ANKLE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HANSEN & HANSEN DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HSBC CARD SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | LUTHERAN HIGH SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MASON DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MERRICK BANK | 1,035.12 | 1,035.12 | 0.00 | 0.00 |
| 028 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NATIONWIDE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NICOR GAS | 567.37 | 567.37 | 0.00 | 0.00 |
| 032 | OB-GYN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | RECOVERY FIRST | 1,850.66 | 1,850.66 | 0.00 | 0.00 |
| 035 | ROCKFORD HEALTH MEDICAL LABS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD HEALTH PHYSICIANS | 125.00 | 125.00 | 0.00 | 0.00 |
| 037 | ROCKFORD SCHOOL DISTRICT 205 | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | JEFFERSON CAPITAL SYSTEMS, LLC | 717.56 | 717.56 | 0.00 | 0.00 |
| 040 | SECURITY FINANCE | 1,132.14 | 1,132.14 | 0.00 | 0.00 |
| 041 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SURGICAL ASSOCIATES OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,007.01 | 1,007.01 | 0.00 | 0.00 |
| 047 | MIDLAND CREDIT MANAGEMENT INC | 1,133.69 | 1,133.69 | 0.00 | 0.00 |
| 048 | MIDLAND CREDIT MANAGEMENT INC | 1,195.48 | 1,195.48 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 049 | PREMIER BANKCARD/CHARTER | 454.31 | 454.31 | 0.00 | 0.00 |
| 050 | FHN MEMORIAL HOSPITAL | 1,025.92 | 1,025.92 | 0.00 | 0.00 |
| 051 | JEFFERSON CAPITAL SYSTEMS, LLC | 719.15 | 719.15 | 0.00 | 0.00 |
| | Total Unsecured | 17,095.30 | 17,095.30 | 0.00 | 0.00 |
| | Grand Total: | 36,774.60 | 36,774.60 | 3,223.35 | 669.27 |

Total Paid Claimant:  $3,892.62
Trustee Allowance:  $323.38
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan